Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.:  17−35079−VFP
                               Chapter:  13
                               Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol−Ann Rose
   aka Carol Ann Palso
   218 Hiawatha Blvd
   Oakland, NJ 07436−3620

Social Security No.:
   xxx−xx−7192

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 27, 2019
JAN: jf

                                                                                   Jeanne Naughton
                                                                                    Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-35079-VFP
Carol-Ann Rose                                                  Chapter 13
           Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin               Page 1 of 1           Date Rcvd: Dec 27, 2019
                             Form ID: 148              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db           Carol-Ann Rose,    218 Hiawatha Blvd,    Oakland, NJ   07436-3620
517227949    AFNI, Inc. PO Box 3427,    Bloomington, IL 61702-3427
517227951    Bureau of Accounts Control,    3601 US Highway 9,    Howell, NJ 07731-3395
517227953    Cenlar Federal Savings & Loan,    PO Box 77404,   Ewing, NJ 08628-6404
517334868   +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,   425 Phillips Blvd,
              Ewing, NJ 08618-1430
517902421    New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
              Greenville, SC  29603-0675
517902422    New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
              Greenville, SC  29603-0675,   New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
              Greenville, SC  29603-0675
517288962   +Southwestern Investor Group LLC,    Stoneleigh Recovery, BK Dept,    PO BOX 1479,
              Lombard, IL 60148-8479
517248527   +U S Department of HUD,    451 7th Street S.W.,   Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2019 23:53:27     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2019 23:53:22     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517262558    EDI: GMACFS.COM Dec 28 2019 04:08:00     Ally Bank Lease Trust,    PO Box 130424,
              Roseville MN 55113-0004
517227950    EDI: GMACFS.COM Dec 28 2019 04:08:00     Ally Financial,   PO Box 380901,
              Bloomington, MN 55438-0901
517227952    EDI: CAPITALONE.COM Dec 28 2019 04:08:00     Capital One,   PO Box 30285,
              Salt Lake City, UT 84130-0285
517227954    EDI: WFNNB.COM Dec 28 2019 04:08:00     Comenity Bank/Avenue,    PO Box 182789,
              Columbus, OH 43218-2789
517227955    EDI: IRS.COM Dec 28 2019 04:08:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
517227956    E-mail/Text: bncnotices@becket-lee.com Dec 27 2019 23:52:34     Kohls/Capital One,
              PO Box 3115,   Milwaukee, WI 53201-3115
517227957    EDI: RMSC.COM Dec 28 2019 04:08:00     Synchrony Bank/Care Credit,    PO Box 965036,
              Orlando, FL 32896-5036
517227958    EDI: WTRRNBANK.COM Dec 28 2019 04:08:00     TD Bank/Target,    PO Box 673,
              Minneapolis, MN 55440-0673
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```